UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHONELLE CLARK,

Plaintiff(s),

v.

ARKESTRO, INC.,

Defendant(s).

Case No. 3:25-cv-06595-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Ryan P. Lessmann, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant, Arkestro, Inc. in the above-entitled action. My local co-counsel in this case is Emely Y. Garcia, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 361848.

1400 Wewatta St, Ste 900, Denver CO 80202
MY ADDRESS OF RECORD

50 California St, Suite 900, SF, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

303-892-0404
MY TELEPHONE # OF RECORD

415-394-9400
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Ryan.Lessmann@jacksonlewis.com
MY EMAIL ADDRESS OF RECORD

Emely.Garcia@jacksonlewis.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: CO 35755.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/22/2025          Ryan P. Lessmann
                           APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ryan P. Lessmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 22, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Updated 11/2021                    2



# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Ryan Paul Lessmann

Admission date: 9/23/2005

was admitted to practice in this court
and is in good standing.

Dated: August 21, 2025         *Jeffrey P. Colwell*